# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MICHAEL W. HALL, <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN COLVIN, <br><br> Defendant. | CASE NO. C13-1679JLR <br><br> ORDER REMANDING MATTER TO ALJ |

On July 21, 2014, the court affirmed the Commissioner of Social Security's denial of Plaintiff Michael W. Hall's application for Social Security disability insurance benefits and supplemental security income. (7/21/14 Order (Dkt. # 20); Judgment (Dkt. # 21).) Mr. Hall appealed that ruling to the Ninth Circuit Court of Appeals. (*See* Not. of Appeal (Dkt. # 22).) On December 15, 2017, the Ninth Circuit reversed and remanded "[b]ecause the functional limitations identified by the [administrative law judge ("ALJ")] in the [residual functional capacity] for medium work were not supported by medical evidence in the record," requiring reevaluation of the "sequential evaluation process."

(Mem. (Dkt. # 26) at 5.)  The Ninth Circuit issued its mandate on February 6, 2018. (Mandate (Dkt. # 27).)  Accordingly, the court REMANDS this matter to the ALJ for further proceedings consistent with the Ninth Circuit's ruling.  (*See* Mem. at 6.)

Dated this 22nd day of March, 2018.

JAMES L. ROBART
United States District Judge